Courts of Criminal Appeals.
PO Box 1238
Captial Station, Austin, TX 78711.

75,311-04

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 09 2015

Abel Acosta, Clerk

To Whom It may Concern:

On Dec. 22 2014 I Recived a white Card from the Courts About An 11.07 That is filed.
Please Be Aware That I Have not filed no 11.07 About Any Thing About A Time Credit from Dallas County.
Dallas County Sent me A letter About A Time dispute That I dont Have A Clue As To what They are Telling About.
I need The Courts To forward what ever you Got So I Can See What This Is.
I Want To See The Actual 11.07 That Has Been filed.
I only filed An 11.07 last year Aganst The Board of Parolen & Parole About my Being Denied parole. Ive Not filed Any Thing Else. Dallas County is Saying Im Anguing A 2 year Sentence That I dischange In 2009. & I dont Have A Clue As To what any of This means.
I dont Want This To Be Processed Because I dont know Whats It About.
So Please Send me This 11.07 & Any Thing else That is filed Because I dont know What its About.

MIKE W Brown. #1723527
Cartield custo.